UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ABDIKADIR SAID ABDULLAHI,

        Petitioner,

v.                                         Case No. 2:16-CV-257

JEFF SESSIONS, et al.,                HON. GORDON J. QUIST

        Respondents.

_____ /

## ORDER ADOPTING REPORT AND RECOMMENDATION

On January 23, 2017, Magistrate Judge Timothy Greeley issued a Report and Recommendation recommending that the Court deny Petitioner's habeas petition on the basis that Petitioner failed to show that his removal is unlikely in the reasonably foreseeable future. The Report and Recommendation was duly served on the parties on January 23, 2017. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that Magistrate Judge Greeley's Report and Recommendation issued January 23, 2017 (ECF No. 19) is **APPROVED AND ADOPTED** as the Opinion of this Court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition pursuant to 28 U.S.C. § 2241 is **DENIED**.

A separate judgment will issue.[1]

This case is **concluded**.

Dated: February 17, 2017                            /s/ Gordon J. Quist
                                                                      GORDON J. QUIST
                                                          UNITED STATES DISTRICT JUDGE

---

[1] Jeff Sessions has been substituted for Loretta Lynch pursuant to Federal Rule of Civil Procedure 25(d).